JS-6

THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

| | |
|---|---|
| MICHAEL EGHBALI, an individual; MARYAM HABOOSHEH, an individual; 710 N. CAMDEN LLC, a California Limited Liability Company; | Case No.: 2:25-cv-03075-SVW (BFMx) |
| Plaintiff | *[Assigned to The Honorable Stephen V. Wilson, Judge presiding in Courtroom 10A, 10th Floor]* |
| v. | [PROPOSED] **ORDER GRANTING THE PARTIES' STIPULATION FOR VOLUNTARY DISMISSAL** |
| STATE FARM GENERAL INSURANCE COMPANY, an Illinois Corporation, and DOES 1 through 10, inclusive; | **[Fed. R. Civ. P. 41(a)(1)(A)(ii)]** |
| Defendants. | Action Filed:  February 28, 2025 |

## ORDER GRANTING THE PARTIES' STIPULATION FOR DISMISSAL

### [FRCP 41(a)(1)(ii)]

On April 10, 2026, the Parties filed a stipulation to dismiss of this action under *Federal Rule of Civil Procedure* 41(a)(1)(ii).

The Court, having considered the Parties' stipulation, and finding good cause therefor, hereby GRANTS the Stipulation and ORDERS as follows:

1. This action is dismissed as to all claims, causes of action, and parties, with each party bearing that party's own attorney's fees and costs. The Clerk is directed to close the file.

IT IS SO ORDERED.

Dated: April 14, 2026

_____
HON. STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE

---